IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROGER STONE, #178727, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:11-CV-844-TMH |
| | ) | |
| | ) | |
| GARY HETZEL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Magistrate Judge entered a Recommendation (Doc. #10) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #10) of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice.

A separate judgment shall issue.

Done this 10th day of January, 2012.

/s/ Truman M. Hobbs

_____
UNITED STATES DISTRICT JUDGE